UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONGETTA D. REEP,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | No. CV-07-383-JPH<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties (Court Rec. 19), it is hereby **ORDERED** that the above-captioned case be **reversed** and **remanded** for further administrative proceedings, including the following: the administrative law judge (ALJ) will re-evaluate the Plaintiff's subjective complaints providing specific reasons for the credibility finding supported by substantial evidence and sufficiently specific to make clear the weight given to Plaintiff's statements and the reasons for that weight; further consideration to Plaintiff's maximum RFC providing rationale with specific references to evidence of record; obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations; and identify and resolve any conflicts between the occupational evidence provided by the vocational

1  expert and the Dictionary of Occupational Titles pursuant to SSR
2  00-4p.
3      This remand is pursuant to sentence four of 42 U.S.C. §
4  405(g).  Upon proper presentation, this Court will consider
5  Plaintiff's application for costs and attorney's feed under 28
6  U.S.C. § 2412(d) and 42 U.S.C. § 406(b).
7      DATED this 17th day of July, 2008.

                        <u>s/   James P. Hutton</u>

                        JAMES P. HUTTON
                    UNITED STATES MAGISTRATE JUDGE