# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

CONGETTA D. REEP,                       )
                                        )
            Plaintiff,                  )
                                        )          NO.  CV-07-0383-JPH
    vs.                                 )
                                        )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                      )          **CIVIL CASE**
Commissioner of Social Security,        )
                                        )
            Defendant.                  )
                                        )
_____)

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

## IT IS ORDERED AND ADJUDGED that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 17th day of July, 2008.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk


                                        by:   s/Pamela A. Howard
                                                Deputy Clerk

cc: all counsel